**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00653-CV

### DONAL R. SCHMIDT, JR., Appellant

### V.

### BPC CORP., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03379-C**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 17, 2014, we notified the official court reporter County Court at Law no. 3 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Janet Wright to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification he has not requested, paid for, or made arrangements to pay for the reporter's record, we will*

*order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c)


/s/      ELIZABETH LANG-MIERS
              JUSTICE